UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      -vs-<br><br>MICHAEL PHILLIP BUTLER,<br><br>           Defendant. | No.   2:12-CR-0127-WFN-1<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

Pending before the Court is parties joint Stipulation for Dismissal. ECF No. 80. Accordingly,

**IT IS ORDERED** that:

1. The Stipulated Motion, filed March 15, 2017, **ECF No. 80**, is **GRANTED.**

2. The pending Motion to Vacate, Set Aside, or Correct Sentence, filed May 9, 2016, **ECF No. 56**, is **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO CLOSE** the corresponding civil file, **2:16-CV-152-WFN**.

**DATED** this 16th day of March, 2017.

03-16-17

                                        s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING
WITHOUT PREJUDICE